# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1665
LT Case No. 35-2025-CA-724

_____

KHALED HUSSEIN,

Appellant,

v.

LAKE COUNTY, a Political Subdivision
of the State of Florida,
Appellee.

_____

On appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Khaled Hussein, Clermont, pro se.

Melissa R. Martinez Utley, Assistant County Attorney, Lake
County Attorney's Office, Tavares, for Appellee.

July 28, 2026

PER CURIAM.

AFFIRMED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____